**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Dennis C. Carletta*  970 Broad Street, Suite 700  (973)645-2767
*Assistant U.S. Attorney*  Newark, NJ 07102  Fax (973) 297-2094

May 13, 2008

**VIA FACSIMILE**

Hon. Peter G. Sheridan, U.S.D.J.
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re: **United States v. Eric Rojo**
> **Crim. No. 07-827 (PGS)**

Dear Judge Sheridan:

Enclosed please find a proposed form of Order granting a sixty (60) day continuance in the above-referenced matter as requested by counsel. The parties are engaged in plea negotiations, which may render a trial in this matter unnecessary. The enclosed Order has blanks for the Court to fill in the dates by which motions are to be filed and upon which oral argument and trial are to commence so that the Court may select dates which comport with its calendar. If the form meets with Your Honor's approval, kindly sign the same and have your deputy file the same with the Clerk's Office.

Thank you for Your Honor's kind consideration of this Order.

Respectfully submitted,

CHRISTOPHER J. CHRISTIE
United States Attorney

By: Dennis C. Carletta
Assistant U.S. Attorney

cc: Kevin Carlucci, Esq. (w/encl., via fax)