# LAW OFFICE OF
# PAUL CONDON, ESQ.
*33-41 Newark Street, Suite 4A*
*Hoboken, New Jersey 07030*

PAUL CONDON ◊ *
KATHLEEN M. THEURER

◊ *Certified by the New Jersey Supreme Court as a Criminal Trial Attorney*
* *Also admitted in NY*

Phone  (201) 659-6133
Fax    (201) 659-6607

Email  paulcondon@optonline.net

October 27, 2008

Dolores Hicks
Courtroom Deputy
Honorable Peter G. Sheridan
M.L. King Jr. Federal Building & Courthouse
Room 4062
50 Walnut Street
Newark, New Jersey 07101

    Re:    **U.S. v. Alberto Valencia-Mosquera, a/k/a Juan David Montes**
            **Criminal Number 08-0827 (PGS)**

Dear Ms. Hicks:

    I learned on Friday, October 24, 2008, that the above referenced matter is scheduled for sentencing on Monday, November 3, 2008. It is my understanding that this sentencing date was scheduled based on my office's request for a quick sentencing date due to my pregnancy, and I truly appreciate how quickly the date was scheduled. I only received the presentence report in this matter this past Friday and my client is incarcerated in Brooklyn, New York, at this time. In order to review the presentence report in this matter with my client and properly prepare for sentencing I respectfully request a two week adjournment of this sentencing date. I have the consent of my adversary Assistant United States Attorney Matthew Beck.

    Thank you very much for your attention to this request.

Very truly yours,

s/ Kathleen M. Theurer

Kathleen M. Theurer, Esq.

*[Handwritten: Sentencing will be held on Nov. 17, 2008 at 10:00 a.m.]*

**SO ORDERED:** *[signed] Peter G. Sheridan*
**DATED:** 10/29/08